IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Modesto Bravo, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiffs, <br> v. <br><br> Yen Yen Restaurant, Inc., and John Moy, Defendants. | Case No. 1: 16-cv- 7895 <br><br> Hon. Judge Kennelly |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

Respectfully submitted,

/s/ Raisa Alicea
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

/s/ Keith L. Hunt
Keith L. Hunt
Hunt & Associates PC
3 First National Plaza Suite 2100
Chicago, IL 60602